

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE SMITH,<br>Plaintiff, | : |
| v. | : CIVIL ACTION NO. 18-CV-2525 |
| SELECT PORTFOLIO SERVICING, INC.,<br>Defendant. | : |

**ORDER**

AND NOW, this 20th day of June, 2018, upon consideration of Plaintiff Jacqueline Smith's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and her Complaint (ECF No. 2), it is **ORDERED** that:

1. Smith's Motion to Proceed *In Forma Pauperis* is **GRANTED**.

2. The complaint is **DISMISSED** with prejudice for failure to state a claim, for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall **CLOSE** this case.

FILED JUN 20 2018
KATE BARKMAN, Clerk
By____ Dep. Clerk

ENT'D JUN 21 2018

BY THE COURT:

WENDY BEETLESTONE, J.